IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| B.D.S., an INCAPACITATED PERSON b/n/f SHERRILL MICHELLE SMITH and TIM WAYNE SMITH, and TIME WAYNE SMITH, INDIVIDUALLY, | § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § § | 2:10-CV-284-J |
| CLARENDON INDEPENDENT SCHOOL DISTRICT, et al., | § § § § | |
| DEFENDANTS. | § | |

## ORDER TO COMPLY WITH LOCAL RULE 83.10

Local Rule 83.10 states that "local counsel is required in all cases where an attorney appearing in a case does not reside or maintain an office in this district.." Plaintiffs' counsel, while admitted to the Northern District of Texas, apparently resides and maintains his office in Round Rock, Texas. Local Rule 83.10 further states that "Local counsel means a member of the bar of this court who resides or maintains an office within 50 miles of the division in which the case is pending." Round Rock, Texas, is not within 50 miles of the Amarillo Division. Plaintiffs are to designate local counsel within fourteen (14) days from the date of this order. Plaintiffs are reminded that Local Rule 83.10 further states that "Local counsel must be authorized to present and argue a party's position at any hearing called by the presiding judge on short notice."

It is SO ORDERED.

Signed this the 23rd day of May, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE