IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| B.D.S., an INCAPACITATED PERSON b/n/f SHERRILL MICHELLE SMITH and TIM WAYNE SMITH, and TIME WAYNE SMITH, INDIVIDUALLY,<br><br>PLAINTIFFS,<br>v.<br><br>CLARENDON INDEPENDENT SCHOOL DISTRICT, et al.,<br><br>DEFENDANTS. | § § § § § § § § § § § § § | CIVIL ACTION CAUSE NUMBER<br>2:10-CV-284-J |

## ORDER

On February 11, 2011, Plaintiffs requested an extension of time to file a response to Defendants' motion to dismiss, which request was granted. On March 18, 2011, Plaintiffs filed another motion for an additional extension of time to file a response to Defendants' motion to dismiss, which was again granted. On May 10, 2011, Plaintiffs filed another motion requesting additional time to file a response to Defendants' amended motion to dismiss, which was granted in part.

Now, in Plaintiffs' motion filed May 16, 2011, (the same day on which they were last given as time to respond) they request another extension of time to file their response to Defendants' amended motion to dismiss Plaintiffs' second amended complaint. The Court expects Plaintiffs to exercise diligence and comply with its orders. Repeated delay and requests for extensions may be addressed by appropriate sanctions. Plaintiffs' request for yet another extension of time is denied,

except that Plaintiffs' response to Defendants' amended motion to dismiss Plaintiffs' second amended complaint shall be filed not later than **Monday, May 30, 2011.**

It is SO ORDERED.

Signed this the ____24th____ day of May, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE